June 28, 1978

390 A.2d 287

Adderly, Appellant, v. Campbell et al.

598

Argued March 28, 1978.   Lawrence Solomon, for appellant;  Barbara Axelrod, Assistant City Solicitor, with her Angelo J. Foglietta, Assistant City Solicitor, for appellee, City of Philadelphia;   No appearance entered nor brief submitted for appellee, Santaguida.

Order affirmed.

HOFFMAN, J., would reverse.   HESTER, J., dissented.